**Marguerite E. EDWARDS, Plaintiff–Appellant,**

**v.**

**Thomas J. VILSAK, Secretary US Department of Agriculture Animal and Plant Health Inspection Service, Defendant–Appellee.**

No. 16-1811

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 3, 2016

Marguerite E. Edwards, Appellant Pro Se. Jane Elizabeth Andersen, Office of the United States Attorney, Jakarra Jenise Jones, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marguerite E. Edwards appeals the district court's order granting summary judgment to Defendant in her civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2012), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. §§ 621–34 (West 2008 & Supp. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Edwards v. Vilsak, No. 8:15-cv-01823-DKC (D. Md. July 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED